MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    E-mail: david.countryman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                  Plaintiff, <br>     v. <br> 131,760 ARTICLES OF CLOTHING, MORE OR LESS, <br>                  Defendant. | No. CV 12-2176 SC <br><br> [~~PROPOSED~~] DEFAULT JUDGMENT |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this 8th day of November, 2012,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) 131,760 Articles of Clothing, More or less and it is;

FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is, condemned and forfeited to the United States, pursuant to 19 U.S.C. § 1595a, and that all right, title and interest in said property be and hereby is vested in the United States of America; and it is;

FURTHER ORDERED that the appropriate government agency shall, in accordance with law, dispose of the forfeited defendant.

*/s/ Samuel Conti*

HONORABLE SAMUEL CONTI
United States District Judge

Default Judgment
CV 12-2176 SC                    2